ROBERT DUNLAP *vs.* WILLIAM S. BARTLETT.

Danger of the death of an assaulted person in consequence of the assault is no ground for refusing bail on a charge of assault and battery only.

HABEAS CORPUS of one who had been brought before the police court of the City of Boston on a complaint for an assault and battery upon George Walsh, and committed to await his trial in the municipal court, and who had been refused bail on the ground that Walsh's injuries were so serious as to endanger his life.

*J. H. Bradley,* for the petitioner.

*G. W. Cooley,* (County Attorney,) for the Commonwealth.

BY THE COURT. This party not being held for a capital offence, nor it appearing that he ever will be, it is a case for bail. The fact that there is danger that the act may result in a homicide is to be considered by the court in fixing the amount of bail. But not having, as yet appears, committed an offence which is not bailable, he is entitled to bail.

*Prisoner admitted to bail.*